UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALFONZO LEE NEWELL,

        Petitioner,

v.           CASE NO. 2:11-cv-10030
        HONORABLE VICTORIA A. ROBERTS

ROBERT NAPEL,

        Respondent.
_____/

## ORDER DENYING PETITIONER'S REQUEST TO AMEND THE HABEAS PETITION

Petitioner filed a *pro se* application for the writ of habeas corpus, which the Court denied on August 25, 2011. Pending before the Court is Petitioner's letter to the Clerk of the Court, requesting permission to amend his habeas petition because his claims were not properly drafted. The request to file an amended habeas corpus petition [dkt. #26] is **DENIED** as moot because this case is closed and the Court's dispositive opinion and judgment are pending on appeal. *See Newell v. Curley*, No. 11-2248 (6th Cir. Oct. 6, 2011).

        S/Victoria A. Roberts
        Victoria A. Roberts
        United States District Judge

Dated: October 31, 2011

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Alfonzo Newell by electronic means or U.S. Mail on October 31, 2011.

S/Linda Vertriest
Deputy Clerk